IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 08-487-DRH |
| vs. | ) | |
| Carl Burns, | ) | |
| Defendant. | ) | |

## **ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, the Government's Motion to Dismiss (Doc. 4) is hereby **GRANTED**. Accordingly, it is hereby **ORDERED**, the Complaint in this cause be and the same is hereby **DISMISSED**, without prejudice.

DATED: September 22, 2008.

/s/      David R Herndon
DAVID R. HERNDON
Chief District Court Judge